## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

DEEDEE ANN WILLIAMS,          )
                                          )
          Plaintiff,              )
                                            )
VS.                             )   **No. 2:23-cv-00099**
                                          )   **JURY DEMAND**
WALMART STORES, INC. and      )
WALMART STORES EAST, LP        )
                                           )
          Defendants.           )

## NOTICE OF REMOVAL

Defendants hereby give notice of the removal pursuant to 28 U.S.C. § 1441 et. seq., of the following action filed against them: <u>DeeDee Ann Williams v. Walmart Stores, Inc. and Walmart Stores East, LP</u>, in the Circuit Court for Hamblen County, Tennessee, No. 23CV071.

A copy of the summons is attached as Exhibit A. A copy of the complaint is attached as Exhibit B. Plaintiff is a citizen and resident of Morristown, Hamblen County, Tennessee.

Wal-Mart Stores East, LP, is the entity that operated the store on the date of this accident. Walmart Stores, Inc., is not a proper party to this action. Defendant may be referred to as "Wal-Mart" in this document. It is expected that Wal-Mart Stores East, LP, will be substituted as the sole proper defendant in this matter.

Wal-Mart Stores East, LP is a Delaware limited partnership. The general partner is WSE Management, LLC, a Delaware limited liability company. The limited partner is WSE Investment, LLC, a Delaware limited liability company. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC fka Wal-Mart Stores East, Inc., an Arkansas limited liability company. The sole member of Wal-Mart Stores East, LLC is Walmart Inc. fka Wal-Mart Stores, Inc., a Delaware corporation. There are no other owners of Wal-Mart Stores East, LLC.

Walmart Inc. is and was at the times plaintiff's complaint was filed and this matter being removed

to this Court a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas. Walmart Inc. is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT.  No publicly traded entity owns more than 10% of Walmart Inc. The principal place of business for all entities mentioned is 702 S.W. 8th Street, Bentonville, Arkansas 72716.

Jurisdiction is conferred under 28 U.S.C. § 1332 relating to diversity of citizenship of the parties.  The parties are citizens of different states.

The amount in controversy is in excess of the federal jurisdictional requisite of $75,000.  The complaint prays for "a judgment against Defendants, and each of them, jointly and severally, for compensatory damages in the amount of one million dollars and no cents ($1,000,000.00)."

Defendants were served with process on July 24, 2023.  Fewer than thirty days have expired since service of process on Defendants.  This Notice of Removal is timely filed as set forth in 28 U.S.C. § 1446(b).

WHEREFORE, Defendants hereby give notice of the removal of this action pending in the Circuit Court of Hamblen County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Northeastern Division, and request that the proceedings be held thereon.

 */s/ G. Andrew Rowlett*
G. Andrew Rowlett, No. 16277
HOWELL & FISHER, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203
#615/244-3370
arowlett@howell-fisher.com
Attorney for defendants

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed with the Court and was served via U.S. Mail and e-mail upon:

J. Mark Benfield
Steinger, Greene & Feiner
P.O. Box 330549
2214 Elliston Place, Suite 304
Nashville, TN 37203
Jbenfield@injurylawyers.com

this the 10th day of August, 2023.

/s/ *G. Andrew Rowlett*