# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# GREENVILLE DIVISION

| | |
|---|---|
| **DEEDEE ANN WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | No. 2:23-cv-00099 |
| ) | **JURY DEMAND** |
| **WALMART STORES, INC.,** and ) | |
| **WALMART STORES EAST, LP.** ) | |
| ) | |
| **Defendants.** ) | |

## AGREED STIPULATION AND ORDER OF
## FINAL DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion for Entry of an Agreed Stipulation and Order of Final Dismissal with Prejudice [Doc. 47], pursuant to Fed. R. Civ. P. 41. It appears to the Court, as evidenced by the signatures of the parties' respective counsel contained on the proposed Agree Stipulation and Order of Final Dismissal with Prejudice [Doc. 47-1], that all matters in controversy have been compromised and settled. Further, plaintiff and plaintiff's counsel represent, by plaintiff's counsel's signature on the proposed stipulation and order, that they have or will comply with all requirements of T.C.A. § 71-5-117 regarding TennCare and Medicare, that plaintiff has no child support liens or arrearages outstanding or currently owed, and that all liens, of any type or kind, including, but not limited to, TennCare and/or Medicare, will be satisfied by plaintiff from the settlement proceeds as required by law.

Based on the agreement of the parties, the joint motion of the parties, and the record as a whole, the Court finds the parties' joint motion [Doc. 47] to be well-taken and it is **GRANTED**. As such, this matter is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge